**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keith Tyrone CROSBY, Defendant–
Appellant.**

**No. 01–6342.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Keith Tyrone Crosby, pro se. Stephen Matthew Schenning, United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Keith Tyrone Crosby appeals the district court's order dismissing his Fed. R.Crim.P. 35(a) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v.. Crosby,* No. CR–85–609–H (D.Md. Feb. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*